**John D. LOCKHEART, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42214.**

Missouri Court of Appeals,
Western District.

July 3, 1990.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Movant appeals from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).